IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENDA TONIECE VANN
    Reg. No. 06179-063

    Petitioner,
v.                                  Case No. 5:22cv216/TKW/MAL

WARDEN FCI MARIANNA

    Respondent.
    _____/

## REPORT AND RECOMMENDATION

Petitioner initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on September 21, 2022. Doc. 1. In her motion Petitioner sought application of sentencing credits she claims are due under the First Step Act and an order compelling the Bureau of Prisons to process her for prerelease custody to home detention under the "Elderly and Family Reunification for Certain Non-violent Offenders Pilot Program." Doc. 1 at 10.

On November 30, 2022, Respondent moved to dismiss the petition. Doc. 11. Respondent first claimed Petitioner had not exhausted her administrative remedies as to her FSA claim. Second, Respondent asserted the Court does not have authority to place Petitioner on home confinement as requested, even if she were eligible, and that she is not eligible due to a Kansas conviction for aggravated battery. In the

motion, Respondent noted Petitioner's statutory release date reflects June 13, 2026. *Id.* at 8.

In lieu of filing a response to the motion, Petitioner, whose release date is now reflected as June 13, 2025 on the BOP's website, has filed a Motion to Withdraw § 2241 Without Prejudice." Doc. 12. She does not mention her FSA claim in her motion. Instead, she alleges the BOP's determination that she has a conviction for a crime of violence is mistaken, because that conviction was vacated on appeal and she was never retried. *Id.* at 2. She seeks dismissal of this case so she can pursue the administrative remedy process in hopes the BOP will assist her in obtaining relevant documentation and correct her classification status without Court intervention. Petitioner indicates she has already begun this process within the BOP, and she also is in the process of requesting copies of relevant documents from the State court. *Id.* at 2.

Given the reduction in Petitioner's sentence and her representations regarding her ongoing efforts to obtain State court documents and pursue the administrative remedy process, the undersigned finds it is the interest of judicial economy to grant Petitioner's motion and allow her to withdraw her petition without prejudice.

Accordingly, it is respectfully RECOMMENDED:

1. Petitioner's Motion to Withdraw § 2241 Without Prejudice (Doc. 12) be GRANTED and the petition under 28 U.S.C. § 2241 be DISMISSED without prejudice.

2. The clerk be directed to close the case file.

At Gainesville, Florida on January 11, 2023.

>s/ *Midori A. Lowry*
>Midori A. Lowry
>United States Magistrate Judge

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.