UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRENDA TONIECE VANN,
    Petitioner,

vs.                                                Case No.: 5:22cv216/TKW/MAL

WARDEN, FCI MARIANNA,
    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 13). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Petitioner should be allowed to "withdraw" her habeas petition without prejudice. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's motion to withdraw (Doc. 12) is **GRANTED**, and her petition for writ of habeas corpus (Doc. 1) is **DISMISSED without prejudice**.

3. Respondent's motion to dismiss (Doc. 11) is **DENIED as moot**.

4. The Clerk shall close the case file.

**DONE and ORDERED** this 6th day of February, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**